# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

HALL-DEGRAVELLES, L.L.C.

VERSUS

COCKRELL OIL CORPORATION, ET AL.

CONSOLIDATED WITH

AVALON PLANTATION, INC.

VERSUS

ANADARKO E&P ONSHORE LLC, ET AL.

CONSOLIDATED WITH

AVALON PLANTATION, INC., ET AL.

VERSUS

DEVON ENERGY PRODUCTION COMPANY, L.P., ET AL.

NO. 2023 CW 0207

**JULY 20, 2023**

---

In Re: Chevron Midcontinent, L.P., Chevron Pipe Line Company, Chevron U.S.A. Inc., Cockrell Oil Corporation, Texas Production Company, Continental Operating Co., Southern Natural Gas Company, L.L.C., Devon Energy Production Company, L.P., and Kerr-McGee Oil and Gas Onshore LP, applying for supervisory writs, 16th Judicial District Court, Parish of St. Mary, No. 132620 c/w 132714 c/w 132713.

---

**BEFORE:** **McCLENDON, HOLDRIDGE, AND GREENE, JJ.**

**WRIT DISMISSED.** This writ application is dismissed, pursuant to the relators' motion to dismiss, which advised that "[a]ll Applicants and Respondents have reached various agreements in principle to settle the claims against Applicants" and that "[t]hese agreements have been committed to writing and confect the settlement of Plaintiffs' claims" and requested that this writ application be dismissed.

PMc
GH
HG

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT